UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

```
ROBERT FERRO,                  )
                               )
          Petitioner,          )   No. EDCV 08-1331-VAP (AJW)
                               )
     vs.                       )
                               )   JUDGMENT
LINDA SANDERS, WARDEN,         )
                               )
          Respondent.          )
_____)
```

**IT HEREBY IS ADJUDGED** that the petition for a writ of habeas corpus is dismissed without prejudice.

DATED:   November 17, 2008

_____
Virginia A. Phillips
United States District Judge